UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHEIKH MOHAMMAD BAGHERI,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE,<br><br>    Defendant. | Case No. 24-11692<br>Honorable Laurie J. Michelson |

**ORDER DENYING PLAINTIFF'S MOTION TO REOPEN THE CASE [28]**

On June 27, 2024, Sheikh Bagheri filed a *pro se* action against Google alleging a violation of 15 U.S.C. § 1125. In time, the parties filed a joint stipulation of dismissal with prejudice. (ECF No. 27.) Bagheri contends that, following the dismissal, he experienced medical complications and was hospitalized due to the actions of Google. (ECF No. 28.) So now, seven months after the dismissal, Bagheri moves to reopen the case pursuant to Federal Rule of Civil Procedure 60(b)(1), (2), and (6). (ECF No. 28.) Google opposes the request. (ECF No. 29.) Its response thoroughly and accurately sets forth why Bagheri's current medical issues do not warrant relief under Rule 60(b). The Court sees no efficiency in writing a separate opinion. Thus, for the reasons set forth in Google's response (ECF No. 29) that are hereby incorporated into this order, Bagheri's motion to reopen the case is DENIED.

SO ORDERED.

Dated: August 18, 2025

s/Laurie J. Michelson
LAURIE J. MICHELSON
United States District Judge
